FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 09 2007

at 8 o'clock and 50 min A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 00-00439 HG 02 |

(02) ELU JACOB PALELEI
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number)<br><br>Before: Helen Gillmor, Chief United States District Judge | Room<br><br>Courtroom 'AHA NONOI<br><br>Date and Time<br><br>10/05/2007 @ 10:15 a.m. |
|---|---|

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE WAY SUPERVISION SHOULD NOT BE REVOKED.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)          Postmark Here
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 5.58

Sent To
E.J. Palelei 10/02/07 00-00439-02
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7006 3450 0000 6140 1049

RECEIVED
2007 OCT -2 PM 2:15
U.S. MARSHALS SERVICE
HONOLULU, HI

October 2, 2007
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 00-00439 HG 02
(02) ELU JACOB PALELEI

### RETURN OF SERVICE

Service as made by me on:[1]                                    Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____                        Mark M. Hanohano
                Date                              Name of United States Marshal

                                                  _____
                                                  (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elu Jacob Palelei
   2288 Kapahu St.
   Honolulu, HI   96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Arthur K. Nakapaahu_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
ArtHur K. Nakapaahu   10 3 07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7006 3450 0000 6140 1049

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: _Shaun_