# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00439HG-002 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) ELU JACOB PALELEI |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Jeffrey T. Arakaki, Esq. |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | October 5, 2007 | TIME: | 10:20 - 10:40 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT -

The defendant is present on bond.
The defendant admitted to Violation Nos. 1, and 2.
The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

Supervised Release is revoked.

    ADJUDGED: Impr. of three (3) MONTHS.

MITTIMUS: The defendant shall surrender for service of sentence by 2:00 p.m. on October 9, 2007 at FDC-Honolulu.

SUPERVISED RELEASE: 12 MONTHS, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance.

       The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

5.     That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.     That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7.     That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any requested financial information.

8.     That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.

       Submitted by: Mary Rose Feria, Courtroom Manager