PROB. 12B
(7/93)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 17 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

# United States District Court

for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  ELU JACOB PALELEI          Case Number:  CR 00-00439HG-02

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence:  8/27/2001

Original Offense:   Bank Robbery, in violation of 18 U.S.C. § 2113(a)

Original Sentence:  Twelve (12) months and one (1) day imprisonment, to be followed by three (3) years supervised release with the following special conditions:  1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 4) That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office; and 5) That the defendant shall pay restitution of $430 to Central Pacific Bank, P.O. Box 3590, Honolulu, Hawaii 96811, Attention:  Kenneth Y. Fujita, jointly and severally along with co-defendant Lopez immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income as directed by the Probation Office.

Modified
Sentence:   On 5/23/2003, the Court modified the conditions of supervision to include: 6) That the defendant perform 24 hours of community service as directed by the Probation Office.

Prob 12B
(7/93)

2

On 7/1/2003, the Court modified the conditions of supervision to include: 7) That the defendant serve three (3) months community confinement in a community corrections center such as Miller Hale, as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

1st Revocation Offense and Sentence:

On 10/21/2004, the Court revoked supervised release for the following violations: 1) The offender's urine specimens of 8/16/2002, 3/31/2003, 5/19/2003, 5/23/2003, 5/29/2003, 6/4/2003, 6/26/2003, and 8/19/2004 tested positive for marijuana; 2) The offender refused to comply with drug testing on 8/21/2002, 9/25/2002, 10/28/2002, 11/10/2002, 11/22/2002, 6/29/2003, 7/2/2003, 8/4/2003, 8/18/2003, 9/1/2003, 9/8/2003, and 9/23/2003; 3) The offender failed to notify the Probation Officer ten (10) days prior to any change in employment; and 4) The offender's urine specimen of 9/10/2004 tested positive for marijuana.

The offender was sentenced to six (6) months imprisonment to be followed by thirty (30) months of supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant provide the Probation Office access to any requested financial information; and 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Modified Sentence:

On 4/10/2006, the Court modified the conditions of supervision to include the following: General Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition); Special Condition No. 1: That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use

Prob 12B
(7/93)

3

of alcohol while participating in substance abuse treatment; and Special Condition No. 4: That the defendant serve two (2) months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during nonworking hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

2nd Revocation Offense and Sentence:

On 10/5/2007, the Court revoked supervised release for the following violations: 1) The offender's urine specimens of 3/13/2006, 3/24/2006, and 8/27/2007 tested positive for marijuana; and 2) The offender refused to comply with drug testing on 8/12/2005, 6/24/2006, and 11/25/2006.

The offender was sentenced to three (3) months imprisonment, to be followed by twelve (12) months supervised release with the following special conditions: 1) That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; 2) That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any requested financial information; and 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision: Supervised Release        Date Supervision Commenced: 1/7/2008

**PETITIONING THE COURT**

[X]    To modify the conditions of supervision as follows:

    4.    That the defendant shall participate in the U.S. Probation Office's Interactive Journaling program as directed by the Probation Officer.

Prob 12B
(7/93)

4

# CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Standard Condition No. 7 | The offender admitted using marijuana on or about 5/10/2008. |
| 2. Special Condition No. 1 | The offender failed to comply with drug testing that was part of the treatment regimen, on 6/11/2008. |

Per the special condition, the offender was referred to Freedom Recovery Services (FRS) for substance abuse counseling and random drug testing. He began the testing regimen on 1/19/2008. On 5/12/2008, the offender submitted a urine specimen to FRS, which tested presumptively positive for marijuana using a non instrumented drug testing device (NIDTD). The offender admitted using marijuana on the weekend of 5/10/2008. The urine specimen was forwarded to a laboratory and found to be negative for marijuana. A possible reason for this is that the amount of marijuana in the urine specimen was insufficient to meet the nationally approved threshold for confirmation testing.

Our office was informed by FRS that on 6/11/2008, the offender failed to submit a urine specimen for testing. The offender stated that he had the day off from work due to the holiday and went surfing. He further admitted that he forgot about his drug testing obligation and went home. The offender was admonished and warned to make drug testing a higher priority and to have a better reminder system in place.

As a corrective measure, our office has begun an Interactive Journaling program with the offender. He is currently working on Peer Relationships and may address other areas if deemed appropriate. We are requesting that the Court modify the conditions of supervision to require that the offender participate in the U.S. Probation Office's Interactive Journaling program as directed by the Probation Officer. The offender has been receptive to this program thus far, and it is hoped that he will gain further insight into his past poor choices and associations.

Prob 12B
(7/93)

5

    As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the offender maintains no objection to this recommendation. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have expressed no objections.

Respectfully submitted by,

*[signature]* for

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

*[signature]*

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 6/13/2008

---

THE COURT ORDERS:

[ X ] The Modification of Conditions as Noted Above
[  ] Other

*[signature]*

HELEN GILLMOR
Chief U.S. District Judge

6·16·08
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

    4.    *That the defendant shall participate in the U.S. Probation Office's Interactive Journaling program as directed by the Probation Officer.*

Witness: _____  Signed: _____
FRANK M. CONDELLO, II                                          ELU JACOB PALELEI
U.S. Probation Officer                                                 Supervised Releasee

5/19/08
Date